FW 400004880

JUL 29 2025 PM 2:48
FILED-USDC-NDTX-FW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CHARLES ERIC HARRIS,** | ) |
| Plaintiff, | ) |
| | ) CASE NO. |
| v. | ) **4-25CV-807-0** |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC.,** | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff and for his Complaint against Defendant, alleges as follows:

## I.    INTRODUCTION

1. This action arises from violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"), committed by Equifax Information Services, LLC. ("Equifax"), concerning the mishandling of Plaintiff's consumer credit information

## II.    JURISDICTION AND VENUE

2. This Court has personal jurisdiction over Defendant Equifax because it regularly conducts business in the State of Georgia, including furnishing consumer credit reports to individuals and entities within this state.

3. Venue is proper in Northern District of Texas, because the Defendant regularly and systematically conducts business in Northern District of Texas County.

### III.    PARTIES

4. Plaintiff is a natural person residing in Northern District of Texas.

5. Plaintiff is a consumer as defined by 15 USC 1681a(c).

6. Equifax is a Georgia corporation with a primary business address in Atlanta, GA 30309.

7. Equifax is a nationwide Consumer Reporting Agency ("CRA") within the meaning of 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically the mail and internet.

8. Equifax as a CRA is aware of its obligations under the FCRA.

## IV.    FACTUAL ALLEGATIONS

### July 2025 Consumer Disclosure

9.  On or about July 21th, 2025, Plaintiff requested a copy of his consumer credit disclosure from Equifax. *See Exhibit A*

10. Pursuant to 15 USC 1681g(a), upon receipt of Plaintiff's request, Equifax was required to "clearly and accurately" disclose all information in Plaintiff's file at the time of his request, with the limited exception that his Social Security Number could be truncated upon request.

11. Equifax provided an electronic copy of Plaintiff's consumer disclosure via annualcreditreport.com.

### Incomplete Account Numbers, Incomplete Account Information, and Incomplete Payment History

12. Equifax omitted the full account numbers, missing account information and payment history relating to the TXU Energy Tradelines (2) and Texas Trust Federal Credit Union making matters worse and even more confusing to the Plaintiff.

13. Upon information and belief, the data furnisher reported the full account numbers, missing account information, and payment history belonging to their respective accounts to Equifax.

14. This information was contained within Equifax's file regarding Plaintiff at the time of his request.

15. When Equifax produces and sells reports regarding Plaintiff to third parties, the full account numbers, missing account information, and payment history are included in their reports.

16. Equifax demonstrates their ability to comply with 15 USC 1681g(a) when it reports the information to third parties accurately and completely.

17. Equifax breached its duty to Plaintiff having to disclose ALL of the information regarding the Plaintiff accounts by failing to provide the account numbers, missing account information, and payment history as such information is necessary for a consumer to be able to research and evaluate the information contained in his file.

18. Without access to this information, a consumer is left either trying to piece things together like a detective or blindly guessing whether their report is accurate.

19. Upon information and belief, the data furnishers referenced above reported full account numbers, incomplete account details, and payment histories to Equifax, and this information was part of Equifax's file on Plaintiff at the time he requested his consumer disclosure.

20. Due to widespread systemic issues, Equifax's automated systems routinely omit all but the last two or four digits of account numbers reported by data furnishers.

21. Equifax is aware of this issue but has failed to take any meaningful steps to correct it.

22. Equifax's failure to disclose full account numbers violates the FCRA's mandate that a consumer reporting agency clearly and accurately disclose all information contained in a consumer's file. See *Washington v. Equifax Info. Servs. LLC*, No. 3:19-cv-00154, 2019 WL 2492006, at *4 (M.D. Tenn. June 12, 2019) ("The plain language of the FCRA requires that the consumer reporting agency shall clearly and accurately disclose to the consumer '[a]ll information in the consumer's file at the time of the request.' 15 U.S.C. § 1681g. In the absence of binding authority stating that a truncated account number is a clear and accurate disclosure, the Court finds that Plaintiff has stated a plausible claim for a violation of Section 609 of the FCRA.")

23. The failure of an entity to provide accurate and truthful information as required by law creates an injury-in-fact, thus creating standing pursuant to Article III. See, e.g., *Havens Realty Corp. v. Coleman*, 455 U.S. 363 (1982), holding "alleged injury to (plaintiff's) statutorily created right to truthful housing information" was a cognizable injury in and of itself, regardless of

whether the plaintiff would have acted on the received information. Therefore, Article III requirement of injury-in-fact [was] satisfied.

24. The lack of accurate and complete account numbers caused Plaintiff significant frustration and emotional distress as he attempted to understand his credit report and reconcile it with his own records.

25. Further, pursuant to a 2000 FTC Opinion Letter (Advisory Opinion to Darcy, June 30, 2000, "it is our view that a CRA that always scrambles or truncates account (or social security) numbers does not technically comply with Section 609 because it does not provide 'accurate' (and perhaps not 'clear'_ disclosure of all information "in the file". *See Exhibit B.*

26. Equifax's omission the full account numbers severely hinders a consumer's ability to comprehend their credit disclosure, identify the accounts, and accurately match them to their personal records.

27. Upon information and belief, Equifax disclosure to Plaintiff was generated using a template that extracts database information from a consumer's file and populates it into various pre-programmed fields on a consumer disclosure form.

28. Upon information and belief, this same template is used virtually every time a consumer requests their file from Equifax through www.annualcreditreport.com.

29. Upon information and belief www.annualcreditreport.com is the location where majority of consumers obtain their Equifax credit disclosure.

30. Consumer disclosures retrieved through annualcreditreport.com all exhibit the same missing account number, missing account information and incomplete payment history.

31. Thus, every consumer with accounts appearing with incomplete information in their disclosure who requested their disclosure from Equifax through www.annualcreditreport.com since the template's use began received an incomplete consumer disclosure with the same errors as Plaintiff.

32. Equifax's errors has therefore likely affected thousands of consumers.

33. Equifax has known of the flaws in its systems for years, but has done nothing to fix them, despite the large number of consumers affected.

34. Equifax's knowing and repeated conduct warrants an award of punitive damages.

35. Equifax's failure to disclose all of the information in the consumer's credit file in free annual disclosures is an intentional violation of 15 U.S.C. § 1681g(a), motivated by the Defendant's desire to avoid costs and increase profits.

36. Plaintiff has a right to a full and complete disclosure of the contents of his file upon demand, at least once a year and without charge, and that disclosure must be presented clearly and accurately. 15 U.S.C. § 1681j

37. Equifax's failure to accurately, fully, and clearly disclose the information within its files regarding Plaintiff deprived him of this right.

## V.    CLAIMS FOR RELIEF
## COUNT I
## VIOLATIONS OF THE FCRA

38. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein

39. Equifax violated 15 U.S.C. § 1681g(a)(1) when responding to Plaintiff request for his consumer disclosure by failing to clearly and accurately disclose to Plaintiff, a Consumer, all of the information in his file at the time of the request. Specifically, Equifax disclosed Seven (7) accounts reported without disclosing the full account number, missing account information and payment history or Seven (7) accounts also without the full account numbers, missing account information and payment history even though full account numbers, missing account information and payment history were reported by the data furnishers.

40. Equifax knowingly provided inaccurate and incomplete information in Plaintiff's disclosure, as it knew of these issues, which have been identified and disputed by other consumers for years.

41. Equifax is therefore liable to Plaintiff, pursuant to 15 U.S.C. § 1681n, for the greater of his actual damages and statutory damages of up to $1,000 per violation, plus costs.

42. Alternatively, Equifax's conduct was negligent, and Equifax is therefore liable to Plaintiff, pursuant to 15 U.S.C. § 1681o, for his actual damages, plus costs.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that the Honorable Court enter judgment against Equifax for:

a. The greater of statutory damages of $1,000 per incident and Plaintiff's actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or Plaintiff's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Costs pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and,

d. Such other relief that this Court deems just and proper.

Respectfully submitted on July 29th, 2025, by:

/s/Charles Eric Harris
Charles Eric Harris
919 Blue Sky Dr
Arlington, Texas 76002
(817) 557-7611
cehjr0423@gmail.com

**ATTACHED EXHIBIT LIST**

A. Plaintiff's Equifax Consumer Disclosure, July 2025
B. FTC Opinion Letter
C. Plaintiff's Letter Showing Incomplete Data From Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CHARLES ERIC HARRIS,** | ) |
| | ) |
| Plaintiff, | ) **CASE NO.** |
| | ) |
| **v.** | ) |
| | ) |
| **EQUIFAX INFORMATION SERVICES,** | ) |
| **LLC.,** | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

---

### PLAINTIFF DECLARATION IN SUPPORT OF COMPLAINT AND EXHIBITS

I, **Charles Eric Harris**, declare as follows:

1. I am the Plaintiff in this action and over the age of eighteen (18). I have personal knowledge of the facts stated in this Declaration and, if called to testify, I could and would do so competently and truthfully.

2. I submit this Declaration in support of my Complaint and the attached Exhibits.

3. Exhibit B is a true and accurate copy of the FTC Opinion Letter available at: https://www.ftc.gov/legal-library/browse/advisory-opinions/advisory-opinion-darcy-06-30-00.

4. Exhibit A is a true and accurate copy of the "Know Your Rights" section of my consumer disclosure, along with the complete disclosure.

5.  Exhibit A also includes a true and accurate copy of the consumer disclosure reflecting truncated and incomplete account and payment history, as well as missing account number information.

6.  Exhibit C is a true and accurate copy of the incomplete data from the consumer disclosure, showing the same truncated and incomplete account and payment history and omitted account number information.

7.  When I requested my consumer disclosure from Equifax on July 21st, 2025, I expected to receive my complete file containing all information Equifax maintained on me. Equifax failed to provide this information as requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 29th, day of July 2025.

**CHARLES ERIC HARRIS,**

EXHIBIT A



Credit Report

Date: July 21, 2025
Confirmation # 5202625648

Prepared for:

**CHARLES ERIC HARRIS**

### DID YOU KNOW?

*If you find something in your report that looks like a mistake, contact us at* **equifax.com/personal/disputes** *or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.*

*There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at:* **consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list**
*Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at:* **nctue.com/consumer**

Prepared for:

**CHARLES ERIC HARRIS**

**EQUIFAX**®

Date: July 21, 2025
Confirmation # 5202625648

# An Overview of Your Credit Report

Your credit report provides different types of information, including:

**Personal Information**
This section includes your name (including any former names), current and previous addresses and phone numbers, employment data, Social Security number, and birthdate. Personal information is provided by you or your lenders and creditors. While this information is not used to calculate credit scores it is important to check for typos and any unfamiliar information.

**Consumer File Notices**
Notices on your credit report can include fraud and active duty alerts, security freezes or locks, and opt-outs of receiving prescreened offers of credit or insurance. You can also choose to add a consumer statement to your credit report to provide an explanation for why you missed a payment or why you believe something is being reported incorrectly. For more information on these consumer added notices **visit equifax.com/personal/help/.**

**Account Information**
Your credit report can include all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit. When reviewing your account information, make sure accounts listed belong to you and look for the following:

- **Account Status:** See if an account is open, closed, paid on time, or past due.  Closed accounts should have no money owed.
- **Payment History:** Check if you made payments on time for each account.  Paying on time helps your credit, while late or missed payments hurt it.  Payment history is provided, where available, for each account.  To view up to 24 months of your historical payment and balance data, log in to your 'myEquifax' account at www.myequifax.com.
- **Credit Limits and Balances:** Look at the credit limits on credit cards and compare them to what you owe.  It's better to keep the balance low compared to the limit.  This helps improve your credit.
- **Account Types:** Notice the different kinds of credit accounts you have (like credit cards, loans, mortgages).  Having a mix of account types is good for your credit.

**Negative Information (Collections and Bankruptcy Public Records)**
Be aware of any negative details such as late payments, debts that were given up on, or money owed to collections. Bankruptcies may also be shown on your credit report. These negative items can hurt your credit score. If there's something there, make sure it's correct and up to date.

**Inquiries**
This section shows who accessed your credit report and when. Too many hard inquiries can negatively impact your credit score and any unfamiliar inquiries may be a sign of identity theft.

---

**If you find information you believe to be incorrect, you may visit us at equifax.com/personal/disputes or call us at 888-EQUIFAX (888-378-4329) to submit a dispute.**  You may also mail your dispute request to:  Equifax | PO Box 740241 | Atlanta, GA 30374

Note:  When you provide documents to Equifax as part of your dispute, including a letter, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Prepared for:
**CHARLES ERIC HARRIS**

**EQUIFAX**®

Date: July 21, 2025
Confirmation # 5202625648

# Your Credit Report

## Summary

A quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | July 21, 2025 |
| **Average Account Age** | 4 Years, 3 Months |
| **Length of Credit History** | 12 Years, 6 Months |
| **Oldest Account** | DEPT OF ED/AIDVANTAGE \| January 2013 |
| **Most Recent Account** | Austin Capital Bank \| February 2024 |

## Personal Information

Creditors use your personal information to identify you. This information has **no impact** on your credit score.

**CHARLES ERIC HARRIS**

919 BLUE SKY DR, ARLINGTON, TX 76002
Social Security Number: **XXX-XX-1162**
Date of Birth: **05/04/1992**

**Former Name(s):**
None

**Employment Information:**
WORTH FINANCE CORP - Current

**Consumer File Notices:**
Opted-Out of Prescreened Offers

**Former Address(es):**
None

**Former Phone Number(s):**
None

**Consumer Statement:**
No Statement on file.

Prepared for:
**CHARLES ERIC HARRIS**

 **EQUIFAX**®

Date: July 21, 2025
Confirmation # 5202625648

# Credit Accounts

This includes all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit.

## DEPT OF ED/AIDVANTAGE

1891 METRO CENTER DR, RESTON, VA  20190 | (800) 722-1300
Account Number: **\*0200** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **06/30/2025** | Balance: **$6,382**
Credit Limit: | High Credit: **$4,000**

Date Opened: **01/18/2013**
Date of Last Activity: **06/30/2025**
Scheduled Payment Amount: "
Actual Payment Amount: "
Date of Last Payment: **07/20/2024**
Term Duration: "

Date of 1st Delinquency: "
Date Major Delinquency 1st Reported: "
Amount Past Due: **$0**
Charge Off Amount: "
Date Closed: "
Activity Designator: "

Terms Frequency: **Deferred**
Months Reviewed: **64**
Deferred Payment Start Date: **11/20/2025**
Balloon Payment Amount: "
Balloon Payment Date: "
Narrative Code(s): **167, 088, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | | | | | | | | | | | | |
| 2023 | / | / | / | / | / | / | / | / | / | / | / | / |
| 2022 | / | / | / | / | / | / | / | / | / | / | / | / |
| 2021 | / | / | / | / | / | / | / | / | / | / | / | / |
| 2020 | | / | / | / | / | / | / | / | / | / | / | / |

| / | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | " | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 05/25 | $6,382 | " | " | 07/20/2024 | " | $4,000 | " | 167, 088, 132 |
| 04/25 | $6,382 | " | $0 | 07/20/2024 | " | $4,000 | " | 167, 088, 132 |
| 03/25 | $6,382 | " | " | 07/20/2024 | " | $4,000 | " | 167, 088, 132 |
| 02/25 | $6,382 | " | " | 07/20/2024 | " | $4,000 | " | 167, 088, 132 |
| 01/25 | $6,382 | " | " | 07/20/2024 | " | $4,000 | " | 167, 088, 132 |
| 12/24 | $6,382 | " | " | 07/20/2024 | " | $4,000 | " | 167, 088, 132 |
| 11/24 | $6,382 | " | " | 07/20/2024 | " | $4,000 | " | 167, 088, 132 |
| 08/24 | $6,382 | " | " | 07/20/2024 | " | $4,000 | " | 167, 088, 132 |
| 07/24 | $6,382 | " | " | 07/20/2024 | " | $4,000 | " | 167, 248, 132 |
| 05/24 | $6,382 | " | " | 05/20/2024 | " | $4,000 | " | 167, 248, 132 |
| 04/24 | $6,382 | " | " | 04/20/2024 | " | $4,000 | " | 167, 248, 132 |
| 03/24 | $6,382 | " | " | 03/20/2024 | " | $4,000 | " | 167, 248, 132 |
| 02/24 | $6,382 | " | " | 02/20/2024 | " | $4,000 | " | 167, 248, 132 |
| 01/24 | $6,361 | $85 | " | 08/01/2023 | " | $4,000 | " | 167, 248, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 167 | Consumer Disputes After Resolution |
| 088 | Student Loan - Payment Deferred |
| 132 | Fixed Rate |
| 248 | Student Loan |

Prepared for:
**CHARLES ERIC HARRIS**

 EQUIFAX®

Date: July 21, 2025
Confirmation # 5202625648

## TXU ENERGY - Closed

1601 Bryan St, Dallas, TX  752013430 | (800) 242-9113
Account Number: **\*3633** | Owner: **Individual Account**
Loan/Account Type: **Utility Company** | Status: **Charge Off**

Date Reported: **06/20/2025** | Balance: **$540**
Credit Limit: ˮˮ | High Credit: **$540**

| | | |
|---|---|---|
| Date Opened: **08/01/2023** | Date of 1st Delinquency: **06/10/2024** | Terms Frequency: ˮˮ |
| Date of Last Activity: ˮˮ | Date Major Delinquency 1st Reported: **06/20/2025** | Months Reviewed: **7** |
| Scheduled Payment Amount: ˮˮ | Amount Past Due: **$540** | Deferred Payment Start Date: ˮˮ |
| Actual Payment Amount: ˮˮ | Charge Off Amount: **$540** | Balloon Payment Amount: ˮˮ |
| Date of Last Payment: **04/17/2024** | Date Closed: **05/21/2024** | Balloon Payment Date: ˮˮ |
| Term Duration: ˮˮ | Activity Designator: ˮˮ | Narrative Code(s): **167, 067, 032** |

### Payment History

| Year 2024 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ˮˮ | ˮˮ | ˮˮ | ˮˮ | ˮˮ | ˮˮ | ˮˮ | CO | CO | CO | CO | CO |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included In Bankruptcy | R | Repossession | TN | Too New to Rate | ˮˮ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 05/25 | $540 | ˮˮ | ˮˮ | 04/01/2024 | $540 | $540 | ˮˮ | 167, 067 |
| 12/24 | $540 | ˮˮ | ˮˮ | 04/01/2024 | $540 | $540 | ˮˮ | 167 |
| 10/24 | $540 | ˮˮ | ˮˮ | 04/01/2024 | $540 | $540 | ˮˮ | 022 |

| Narrative Code | Narrative Code Description |
|---|---|
| 167 | Consumer Disputes After Resolution |
| 067 | Charged Off Account |
| 032 | Utility |
| 022 | Consumer Disputes - Reinvestigation in Process |

Prepared for:
**CHARLES ERIC HARRIS**


EQUIFAX®

Date: July 21, 2025
Confirmation # 5202625648

### Austin Capital Bank

8100 Shoal Creek Blvd, Austin, TX  787578041 | (512) 693-3600
Account Number: **\*4298** | Owner: **Individual Account**
Loan/Account Type: **Secured** | Status: **Pays As Agreed**

Date Reported: **05/31/2025** | Balance: **$846**
Credit Limit: \*\* | High Credit: **$1,010**

| | | |
|---|---|---|
| Date Opened: **02/26/2024** | Date of 1st Delinquency: \*\* | Terms Frequency: **Monthly** |
| Date of Last Activity: **05/31/2025** | Date Major Delinquency 1st Reported: \*\* | Months Reviewed: **15** |
| Scheduled Payment Amount: **$28** | Amount Past Due: \*\* | Deferred Payment Start Date: \*\* |
| Actual Payment Amount: \*\* | Charge Off Amount: \*\* | Balloon Payment Amount: \*\* |
| Date of Last Payment: **04/23/2025** | Date Closed: \*\* | Balloon Payment Date: \*\* |
| Term Duration: **48 Months** | Activity Designator: \*\* | Narrative Code(s): **125, 132** |

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | \*\* | \*\* | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included In Bankruptcy | R | Repossession | TN | Too New to Rate | \*\* | No Data Available |

**24 Month History**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 04/25 | $835 | $28 | $56 | 04/23/2025 | \*\* | $1,010 | \*\* | 125, 132 |
| 03/25 | $867 | $28 | $28 | 03/15/2025 | \*\* | $1,010 | \*\* | 125, 132 |
| 02/25 | $871 | $28 | $28 | 02/08/2025 | \*\* | $1,010 | \*\* | 125, 132 |
| 01/25 | $874 | $28 | \*\* | 12/11/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 12/24 | $859 | $28 | $28 | 12/11/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 11/24 | $877 | $28 | $56 | 11/14/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 10/24 | $926 | $28 | $28 | 10/24/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 09/24 | $942 | $28 | $28 | 09/23/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 08/24 | $957 | $28 | $28 | 08/06/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 07/24 | $973 | $28 | $56 | 07/06/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 06/24 | $1,018 | $28 | \*\* | 04/26/2024 | $28 | $1,010 | \*\* | 125, 132 |
| 05/24 | $992 | $28 | \*\* | 04/26/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 04/24 | $978 | $28 | $28 | 04/26/2024 | \*\* | $1,010 | \*\* | 125, 132 |
| 03/24 | $993 | $28 | $43 | 03/26/2024 | \*\* | $1,010 | \*\* | 132, 125 |

| Narrative Code | Narrative Code Description |
|---|---|
| 125 | Secured |
| 132 | Fixed Rate |

Prepared for:
**CHARLES ERIC HARRIS**



Date: July 21, 2025
Confirmation # 5202625648

---



### DAYRISE RESIDENTIAL LLC - Closed

200 Broadway, 3rd Floor, Suite 209, STE 350, New York, NY 10038 | (646) 664-8947
Account Number: **\*2182** | Owner: **Joint Account**
Loan/Account Type: **Rental Agreement** | Status: **Pays As Agreed**

Date Reported: **06/11/2024** | Balance: **$0**
Credit Limit: | High Credit: **$1,526**

| | |
|---|---|
| Date Opened: **08/01/2023** | Date of 1st Delinquency: `»` |
| Date of Last Activity: **04/06/2024** | Date Major Delinquency 1st Reported: `»` |
| Scheduled Payment Amount: `»` | Amount Past Due: `»` |
| Actual Payment Amount: `»` | Charge Off Amount: `»` |
| Date of Last Payment: **04/06/2024** | Date Closed: **06/03/2024** |
| Term Duration: `»` | Activity Designator: **Paid and Closed** |

Terms Frequency: **Monthly**
Months Reviewed: **1**
Deferred Payment Start Date: `»`
Balloon Payment Amount: `»`
Balloon Payment Date: `»`
Narrative Code(s): **158, 267**

**24 Month History**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 05/24 | $0 | $1,526 | $1,960 | 04/06/2024 | `»` | $1,526 | `»` | 267 |

| Narrative Code | Narrative Code Description |
|---|---|
| 158 | Closed or Paid Account/Zero Balance |
| 267 | Rental Agreement |

---



### DISCOVER CARD

PO BOX 30939, SALT LAKE CITY, UT 841300939 | (800) 347-2683
Account Number: **\*0088** | Owner: **Authorized User**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **09/27/2022** | Balance: **$0**
Credit Limit: **$2,500** | High Credit: **$2,607**

| | |
|---|---|
| Date Opened: **03/01/2021** | Date of 1st Delinquency: `»` |
| Date of Last Activity: **09/01/2022** | Date Major Delinquency 1st Reported: `»` |
| Scheduled Payment Amount: `»` | Amount Past Due: `»` |
| Actual Payment Amount: `»` | Charge Off Amount: `»` |
| Date of Last Payment: **09/01/2022** | Date Closed: `»` |
| Term Duration: `»` | Activity Designator: `»` |

Terms Frequency: **Monthly**
Months Reviewed: **17**
Deferred Payment Start Date: `»`
Balloon Payment Amount: `»`
Balloon Payment Date: `»`
Narrative Code(s): **002**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2021 | `»` | `»` | `»` | | | | | `»` | `»` | `»` | `»` | `»` |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| `✓` | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included In Bankruptcy | R | Repossession | TN | Too New to Rate | | No Data Available |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |

Prepared for: **CHARLES ERIC HARRIS**



Date: July 21, 2025
Confirmation # 5202625648

 **DISCOVER CARD - Closed**

PO BOX 30939, SALT LAKE CITY, UT  841300939 | (800) 347-2683
Account Number: **\*8060** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **11/02/2022** | Balance: **$0**
Credit Limit: **$500** | High Credit: **$0**

| | | |
|---|---|---|
| Date Opened: **09/03/2021** | Date of 1st Delinquency: « | Terms Frequency: **Monthly** |
| Date of Last Activity: « | Date Major Delinquency 1st Reported: « | Months Reviewed: **14** |
| Scheduled Payment Amount: « | Amount Past Due: « | Deferred Payment Start Date: « |
| Actual Payment Amount: « | Charge Off Amount: « | Balloon Payment Amount: « |
| Date of Last Payment: « | Date Closed: **10/01/2021** | Balloon Payment Date: « |
| Term Duration: « | Activity Designator: **Paid and Closed** | Narrative Code(s): **167, 158, 065** |

| Narrative Code | Narrative Code Description |
|---|---|
| 167 | Consumer Disputes After Resolution |
| 158 | Closed or Paid Account/Zero Balance |
| 065 | Account Closed By Credit Grantor |

 **TEXAS TRUST FED CREDIT UNI - Closed**

425 W Jefferson St, Grand Prairie, TX  750511751 | (972) 263-5171
Account Number: **\*0300** | Owner: **Joint Account**
Loan/Account Type: **Deposit Related** | Status: **Charge Off**

Date Reported: **04/30/2023** | Balance: **$0**
Credit Limit: « | High Credit: **$60**

| | | |
|---|---|---|
| Date Opened: **05/10/2021** | Date of 1st Delinquency: **06/23/2021** | Terms Frequency: « |
| Date of Last Activity: « | Date Major Delinquency 1st Reported: **04/30/2023** | Months Reviewed: « |
| Scheduled Payment Amount: « | Amount Past Due: « | Deferred Payment Start Date: « |
| Actual Payment Amount: « | Charge Off Amount: **$60** | Balloon Payment Amount: « |
| Date of Last Payment: « | Date Closed: « | Balloon Payment Date: « |
| Term Duration: « | Activity Designator: **Paid** | Narrative Code(s): **244, 156** |

| Narrative Code | Narrative Code Description |
|---|---|
| 244 | Paid Charge Off |
| 156 | Deposit Related |

Prepared for:
**CHARLES ERIC HARRIS**

**EQUIFAX**®

Date: July 21, 2025
Confirmation # 5202625648

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.  They may remain on your file for up to 2 years.

- **Hard Inquiries that can impact your credit rating/score.** When a lender requests to review your credit reports after you've applied for credit, it results in a hard inquiry which may impact your credit score.
- **Soft Inquiries that do not impact your credit rating/score.** These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor, or your own requests to check your credit file.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **AMERICAN CREDIT ACCEPTANCE**<br>*961 E MAIN ST SPARTANBURG SC 293022185*<br>*Phone: (866) 441-0251* | Hard | 02/19/2024 |
| **WELLS FARGO AUTO**<br>*PO BOX 168048 IRVING TX 75016000*<br>*Phone: (888) 326-6787* | Hard | 02/22/2024 |
| **DRIVERSSELECT OF SOUTH DALLAS**<br>*2615 W INTERSTATE 20 GRAND PRAIRIE TX 75052-3825*<br>*Phone: (469) 484-5852* | Hard | 02/23/2024, 02/22/2024, 02/19/2024, 02/17/2024, 02/16/2024 |
| **GLOBAL LENDING SERVICES**<br>*PO BOX 10437 GREENVILLE SC 296030000*<br>*Phone: (866) 464-0269* | Hard | 02/24/2024, 02/17/2024 |
| **JPMCB AUTO FINANCE**<br>*PO BOX 901076 FORT WORTH TX 76101*<br>*Phone:* | Hard | 02/24/2024, 02/22/2024 |
| **CAP ONE VIA DEALER**<br>*PO BOX 259407 PLANO TX 750259407*<br>*Phone: (800) 946-0332* | Hard | 02/24/2024, 02/22/2024, 02/19/2024, 02/16/2024 |
| **ALLY FINANCIAL**<br>*500 WOODWARD AVE DETROIT MI 482263416*<br>*Phone: (800) 200-4622* | Hard | 02/24/2024, 02/23/2024, 02/22/2024, 02/19/2024, 02/17/2024, 02/16/2024 |
| **FLAGSHIP CREDIT ACCEPTANCE**<br>*PO BOX 3807 COPPELL TX 750199670*<br>*Phone: (800) 707-0114* | Hard | 02/16/2024 |
| **SHOTTENKIRK GRANBURY SCG LLC**<br>*4970 E US HIGHWAY 377 GRANBURY TX 76049*<br>*Phone:* | Hard | 02/22/2024 |
| **HEIGHTS FINANCE-CLEVELAND**<br>*2507 OCOEE ST N STE B CLEVELAND TN 37312-5368*<br>*Phone: (423) 614-6700* | Hard | 01/02/2024 |

Prepared for:
**CHARLES ERIC HARRIS**

**EQUIFAX**

Date: July 21, 2025
Confirmation # 5202625648

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **STELLANTIS FINANCIAL SERVICES,** <br> *5757 WOODWAY DR STE 400 HOUSTON TX 770571520* <br> *Phone: (800) 249-6305* | Hard | 02/22/2024 |
| **CITIBANK NA** <br> *PO Box 6241 Sioux Falls SD 571176241* <br> *Phone: (800) 995-5114* | Soft | 05/10/2025, 04/17/2025, 03/07/2025, 02/12/2025, 12/20/2024, 12/10/2024, 12/01/2024 |
| **EQUIFAX** <br> *PO BOX 740042 ATLANTA GA 30374-0241* <br> *Phone: (888) 378-4329* | Soft | 02/22/2024, 02/21/2024, 02/20/2024, 02/20/2024, 02/12/2024, 10/31/2023, 09/04/2023, 09/04/2023, 06/29/2023 |
| **CREDIT KARMA, INC.** <br> *760 MARKET ST FL 5 SAN FRAN CA 941022401* <br> *Phone: (510) 833-9776* | Soft | 11/19/2024, 11/12/2024, 11/05/2024, 10/29/2024, 10/22/2024, 10/15/2024, 10/08/2024, 10/01/2024, 09/24/2024, 09/17/2024, 09/10/2024, 09/03/2024, 08/27/2024, 08/20/2024, 08/13/2024, 08/06/2024 |
| **CREDIT KARMA, INC** <br> *760 MARKET ST SAN FRAN CA 941022401* <br> *Phone: (800) 935-0572* | Soft | 07/18/2024, 07/11/2025, 06/16/2025, 06/06/2025, 05/25/2025, 05/22/2025, 05/19/2025, 05/15/2025, 05/11/2025, 05/09/2025, 05/08/2025, 05/04/2025, 05/02/2025, 04/23/2025, 04/12/2025, 04/04/2025, 03/24/2025, 03/19/2025, 03/10/2025, 03/05/2025, 02/21/2025, 02/12/2025, 02/08/2025, 02/02/2025, 01/23/2025, 01/17/2025, 08/07/2024 |
| **CREDIT KARMA, INC** <br> *760 MARKET ST SAN FRAN CA 941022401* <br> *Phone: (510) 833-9776* | Soft | 07/19/2025, 07/16/2025, 07/11/2025, 07/09/2025, 07/02/2025, 06/25/2025, 06/18/2025, 06/16/2025, 06/14/2025, 06/11/2025, 06/04/2025, 06/03/2025, 05/28/2025, 05/24/2025, 05/21/2025, 05/20/2025, 05/15/2025, 05/14/2025, 05/10/2025, 05/08/2025, 05/07/2025, 05/02/2025, 04/30/2025, 04/23/2025, 04/19/2025, 04/16/2025, 04/12/2025, 04/09/2025, 04/08/2025, 04/07/2025, 04/03/2025, 04/02/2025, 03/26/2025, 03/21/2025, 03/19/2025, 03/18/2025, 03/13/2025, 03/12/2025, 03/08/2025, 03/07/2025, 03/05/2025, 03/04/2025, 02/26/2025, 02/21/2025, 02/19/2025, 02/12/2025, 02/11/2025, 02/08/2025, 02/06/2025, 02/05/2025, 02/01/2025, 01/31/2025, 01/29/2025, 01/22/2025, 01/21/2025, 08/06/2024 |

**CHARLES ERIC HARRIS**



Date: July 21, 2025
Confirmation # 5202625648

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **CITI CARDS CBNA**<br>*PO Box 6241 Sioux Falls SD 571176241*<br>*Phone: (800) 995-5114* | Soft | 07/15/2025, 07/08/2025, 07/01/2025, 06/24/2025, 06/17/2025, 06/10/2025, 06/03/2025, 05/27/2025, 05/20/2025, 05/13/2025, 05/06/2025, 04/29/2025, 04/22/2025, 04/15/2025, 04/08/2025, 04/01/2025, 03/25/2025, 03/18/2025, 03/11/2025, 03/04/2025, 02/25/2025, 02/18/2025, 02/11/2025, 02/04/2025, 01/28/2025, 01/21/2025, 01/07/2025, 12/31/2024, 12/24/2024, 12/17/2024, 12/10/2024, 12/03/2024, 11/26/2024, 11/19/2024, 11/12/2024, 11/05/2024, 10/29/2024, 10/22/2024, 10/15/2024, 10/08/2024, 10/01/2024, 09/24/2024, 09/10/2024, 09/03/2024, 08/27/2024, 07/23/2024 |
| **EQUIFAX INFO SVCS.**<br>*PO Box 740241 Atlanta GA 303740241*<br>*Phone: (800) 685-1111* | Soft | 12/22/2024, 03/02/2024, 03/01/2024, 02/26/2024, 02/26/2024, 09/04/2023, 06/29/2023 |
| **EQUIFAX CONSUMER SERVICES**<br>*1525 WINDWARD CONCOURSE ALPHARETTA GA 30005*<br>*Phone:* | Soft | 06/27/2025, 05/30/2025, 05/02/2025, 04/04/2025, 03/07/2025, 02/07/2025, 01/10/2025, 07/26/2024 |
| **CAPITAL ONE AUTO FINANCE**<br>*PO BOX 259407 PLANO TX 750259407*<br>*Phone: (800) 946-0332* | Soft | 02/17/2024 |
| **EQUIFAX CONSUMER SERVICES**<br>*PO BOX 740241 ATLANTA GA 303740241*<br>*Phone: (888) 378-4329* | Soft | 11/14/2024 |
| **EQUIFAX - TALX**<br>*11432 LACKLAND RD SAINT LOUIS MO 631463516*<br>*Phone: (888) 378-4329* | Soft | 07/21/2025, 06/11/2025, 05/19/2025 |
| **EQUIFAX INC (0100)**<br>*1550 PEACHTREE ST NW ATLANTA GA 303092468*<br>*Phone: (404) 885-8000* | Soft | 07/21/2025 |
| **EQUIFAX**<br>*PO BOX 740250 ATLANTA GA 30374-0250*<br>*Phone: (678) 795-7622* | Soft | 06/11/2025, 06/11/2025, 05/19/2025, 04/13/2025, 09/24/2024, 06/15/2024, 12/28/2023, 09/08/2023 |
| **EQUIFAX INFO SVCS.**<br>*PO Box 740241 Atlanta GA 303740241*<br>*Phone: (800) 685-1111* | Soft | 05/17/2025, 04/25/2025, 12/22/2024, 12/01/2024, 11/30/2024, 11/30/2024, 03/08/2024, 03/03/2024, 02/29/2024, 02/27/2024, 02/27/2024, 02/23/2024, |

# CHARLES ERIC HARRIS

**EQUIFAX**®

Date: July 21, 2025
Confirmation # 5202625648

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**CHARLES ERIC HARRIS**

**EQUIFAX**®

Date: July 21, 2025
Confirmation # 5202625648

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account  upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

Case 4:25-cv-00807-O-BP   Document 1   Filed 07/29/25   Page 26 of 31   PageID 26



Date: July 21, 2025
Confirmation # 5202625648

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |

**CHARLES ERIC HARRIS**



Date: July 21, 2025
Confirmation # 5202625648

## STATE OF TEXAS - NOTICE TO CONSUMERS

You have a right to obtain a copy of your credit file from a consumer reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year security alert. To obtain a copy of your credit file from Equifax call 888-EQUIFAX (888-378-4329) or write to PO Box 740241, Atlanta, GA, 30374-0241.

You have a right to place a "security alert" in your credit file. This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in your name. Placement or removal of a security alert may be requested by calling 1-888-378-4329 or, you may send a written request to Equifax, PO Box 105069, Atlanta, GA 30348. With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after you have followed all dispute procedures in Section 20.06 of the Texas Businesses and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

**EXHIBIT B**
**FTC OPINION LETTER**



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

# Advisory Opinion to Darcy (06-30-00)

June 30, 2000

Denise A. Darcy, Esq.
Asst. General Counsel
TRANS UNION
555 West Adams Street
Chicago, Illinois 60661

Dear Ms. Darcy:

This responds to your letter dated concerning whether the Fair Credit Reporting Act ("FCRA") allows Trans Union or another consumer reporting agency ("CRA"), for security purposes, to "truncate, scramble or mask the account number and social security number" when making file disclosures to consumers. You report that such a procedure has been recommended to you by a consumer who was recently the victim of account takeover fraud by a perpetrator who fraudulently procured the individual's Trans Union file by impersonating the consumer. You state: "While some creditors truncate or scramble the data before they supply it to us, not all do; therefore, many of the account numbers on our file are complete and accurate, and that is what we disclose to the consumer."

Section 609(a)(1) of the FCRA states that CRAs, including major credit bureaus such as Trans Union, "shall, upon request (by a consumer), clearly and accurately disclose to the consumer . . . *All information* in the consumer's file at the time of the request" (emphasis added). If the "information in the consumer's file at the time of the request" includes account and social security numbers, the provision thus normally requires that the CRA "clearly and accurately" include such items in its disclosure to consumers. However, because the trigger for a file disclosure is a "request" by a consumer, a CRA may allow consumers (such as the individual in your letter) to choose truncation or other security measures in their own file disclosure. In other words, although Section 609 provides consumers with a right to *all information* in the file, a CRA may provide a method for the consumer to ask for less than all information and then comply with that "request" when it makes the disclosure.

In sum, it is our view that a CRA that always scrambles or truncates account (or social security) numbers does not technically comply with Section 609 because it does not provide "accurate" (and perhaps not "clear") disclosure of "all information" in the file. However, if a consumer's "request" for a file disclosure is framed so as to allow some items in the file to be abbreviated or revised in that fashion, a CRA making such a disclosure would comply with Section 609.

The opinions set forth in this informal staff letter are not binding on the Commission.

Sincerely yours,

Clarke W. Brinckerhoff

# EXHIBIT C

## CHARLES ERIC HARRIS

### EQUIFAX Credit Report

### Date: July 21, 2025

### Confirmation # 5202625648

## INCOMPLETE INFORMATION FROM THE CONSUMER DISCLOSURE

### TRADELINE: TXU ENERGY

**In the Credit Account Section:** Account number *3633 is incomplete, Date of Last Activity is Incomplete, Scheduled Payment Amount is incomplete, Actual Payment Amount is incomplete, Term Duration is incomplete, Activity Designator is incomplete, Terms Frequency is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete

**In the Payment History Section**: August 2023 - December 2023 is incomplete, January 2024 - September 2024 is incomplete, December 2024 is incomplete

### In the 24 Month History Section

**Balance:** August 2023 - December 2023 is incomplete, January 2024 - September 2024 is incomplete, November 2024 is incomplete, January 2025 - April 2025 is incomplete

**Scheduled Payment Amount:** August 2023 - December 2023 is incomplete, January 2024 - December 2024 is incomplete, January 2025 - May 2025 is incomplete

**Actual Payment Amount:** August 2023 - December 2023 is incomplete, January 2024 - December 2024 is incomplete, January 2025 - May 2025 is incomplete

**Last Payment Date:** August 2023 - December 2023 is incomplete, January 2024 - September 2024 is incomplete, November 2024 is incomplete, January 2025 - April 2025 is incomplete

**Past Due Amount:** August 2023 - December 2023 is incomplete, January 2024 - September 2024 is incomplete, November 2024 is incomplete, January 2025 - April 2025 is incomplete

**No. of Items:** 110

**TRADELINE: TEXAS TRUST FED CREDIT UNI**

**In the Credit Account Section:** Account number *0300 is incomplete, Credit Limit is Incomplete, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Actual Payment Amount is incomplete, Date of Last Payment is incomplete, Term Duration is incomplete, Amount Past Due is incomplete, Date Closed is incomplete, Terms Frequency is incomplete, Months Reviewed is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete

**In the Payment History Section:** Incomplete

**In the 24 Month History Section**

**Balance:** Incomplete

**Scheduled Payment Amount:** Incomplete

**Actual Payment Amount:** Incomplete

**Last Payment Date:** Incomplete

**Past Due Amount:** Incomplete

**No. of Items:** 11

**Total Numbers of Incomplete of Information: 121**

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

JUL 29 2025 PM 2:48

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

CHARLES ERIC HARRIS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

919 Blue Sky Dr
Arlington, TX 76002

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

EQUIFAX INFORMATION SERVICES, LLC
1550 Peachtree St NW Atlanta, GA 30309

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

4-25CV-807-0

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☒ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury - Medical Malpractice | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | **Other:** | **IMMIGRATION** | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1681

Brief description of cause:
Failure to Provide Full Disclosure

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____