AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **4-25CV-807-0**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **EQUIFAX INFORMATION SERVICES, LLC**
was recieved by me on  **8/13/2025:**

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Neisha Gross**, who is designated by law to accept service of process on behalf of **EQUIFAX INFORMATION SERVICES, LLC** at **211 E 7TH ST STE 620, AUSTIN, TX 78701** on **08/18/2025 at 10:14 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  08/18/2025

Server's signature

**Andrew Swatzell**
Printed name and title

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF DECLARATION IN SUPPORT OF COMPLAINT AND EXHIBITS; EXHIBITS, to Neisha Gross who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 200-240 lbs. Intake Agent at Corporation Service Company. Location is their registered agent**




Tracking #: 0182606450